# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ana Flores-Ferris,<br><br>　　　　Defendant. | No. CR-18-01356-TUC-RCC (BGM)<br><br>**ORDER** |

　　　The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Macdonald (Doc. 58),

　　　**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and **GRANTS** the Motion to Suppress Based on Lack of Reasonable Suspicion to Conduct Investigatory Stop of Her Vehicle (Doc. 41).

　　　Dated this 14th day of February, 2019.

_____
Honorable Raner C. Collins
United States District Judge